No. 69399.—Frank P. Dow Co., Inc., and Lipman Wolfe & Co. *v.* United States, protest 63/9376 (Portland, Oreg.).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiff was sustained.